UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LAURIE L. DURHAM,<br><br>              Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, *ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION*,<br><br>              Defendant. | Case No. CV-20-172-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Judgment is entered as stated in the Courts Order E.C.F. 12 . The Commissioner's decision is REVERSED, and this matter is REMANDED pursuant to sentence four of 42 U.S.C. section 405(g) for further proceedings consistent herewith.

      Dated this 28th day of February, 2022.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ E.Hamnes
                                  E.Hamnes , Deputy Clerk